IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CR-68-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

On October 24, 2017, Kevin Robinson ("Robinson"), appearing pro se, filed a motion for a copy of his indictment, criminal and civil docket, plea agreement, sentencing transcript, and discovery documents [D.E. 37]. To the extent the motion could be construed as a motion to obtain the documents without charge, the motion is DENIED. Robinson may write his former lawyer to obtain a copy of the indictment, plea agreement, and discovery document documents. Although a court reporter transcribed Robinson's arraignment and sentencing, the court reporter did not prepare a transcript. No one ordered one.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Robinson has failed to show a particularized need for the transcript. To the extent Robinson's motion could be construed as motion to obtain transcripts without charge, the motion [D.E. 37] is DENIED.

SO ORDERED. This 20 day of April 2017.

JAMES C. DEVER III
Chief United States District Judge