UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Robinson**                                      **Docket No. 7:15-CR-68-1D**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Robinson, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 27, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kevin Robinson was released from custody on April 29, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Robinson reported he is interested in completing the Moral Reconation Therapy group that would reduce his chances to recidivate. Moral Reconation Therapy is a cognitive-behavioral treatment system that leads to enhanced moral reasoning, better decision making, and more appropriate behavior.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

    1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ David W. Leake                              /s/ Cierra M. Wallace
David W. Leake                                  Cierra M. Wallace
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                414 Chestnut Street, Suite 102
                                                Wilmington, NC 28401-4290
                                                Phone: 910-679-2034
                                                Executed On: November 15, 2021

Kevin Robinson
Docket No. 7:15-CR-68-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __16__ day of __November__ , 2021, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge