# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Robinson**  Docket No. 7:15-CR-68-1D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Robinson, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on January 27, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kevin Robinson was released from custody on April 29, 2021, at which time the term of supervised release commenced.

On November 15, 2021, a Petition for Action on Supervised Release was submitted to the court requesting the defendant be permitted to participate in a cognitive behavioral program to reduce his chances to recidivate. The court agreed.

On January 18, 2022, a violation report was submitted to the court reporting drug use. The defendant was continued on supervision and enrolled in substance abuse counseling.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently in substance abuse treatment and believes he could benefit from ongoing mental health treatment and management from a licensed professional. Accordingly, it is recommended that the defendant participate in mental health treatment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Kevin Robinson
Docket No. 7:15-CR-68-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2034
Executed On: May 18, 2022

**ORDER OF THE COURT**

Considered and ordered this __19__ day of __May__, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge