UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin Robinson**  Docket No. 7:15-CR-68-1D

## Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin Robinson, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon, in violation of 18 U.S.C.§§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 27, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Kevin Robinson was released from custody on April 29, 2021, at which time the term of supervised release commenced.

On November 15, 2021, a Petition for Action on Supervised Release was submitted to the court requesting the defendant be permitted to participate in a cognitive behavioral program to reduce his chances to recidivate. The court agreed.

On January 18, 2022, a violation report was submitted to the court reporting drug use. The defendant was continued on supervision and enrolled in substance abuse counseling.

On May 18, 2022, a Petition for Action on Supervised Release was submitted to the court requesting mental health treatment be added to his conditions. The court agreed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 13, 2022, the defendant submitted a positive uranalysis for marijuana. This test was also confirmed by Abbott Laboratories on July 20, 2022. Cognitive intervention techniques were utilized to promote improved decision making and to assist him in avoiding similar behaviors in the future. It is recommended that the court continue supervision and sanction him to complete 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Kevin Robinson
Docket No. 7:15-CR-68-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>414 Chestnut Street, Suite 102<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2034<br>Executed On: July 27, 2022 |

## ORDER OF THE COURT

Considered and ordered this __28__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

__/s/ Dever__
James C. Dever III
U.S. District Judge